**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2024

> Application GRANTED to the extent that the initial conference, previously scheduled for February 21, 2024, is hereby ADJOURNED to **April 1, 2024, at 10:00 a.m.** No later than **March 25, 2024**, the parties shall file a status letter and, if necessary, update their pre-conference statement. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> February 20, 2024

February 16, 2024

**VIA ECF**

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Mercedes v. White River Hardwoods-Woodworks, Inc.*, Case No. 1:23-cv-09030-DEH-BCM

Dear Judge Moses:

We represent Defendant White River Hardwoods-Woodworks, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 16, 2024 to April 1, 2024. Accordingly, we also request that the Court adjourn sine die the Pretrial Conference scheduled for February 21, 2024 at 11:00 a.m. (Dkt #13).

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

                Respectfully submitted,

                */s/ Rebecca A. Stark*
                Rebecca A. Stark

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms